IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, and ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil No. 3:12-0379 |
| v. ) | Judge Trauger |
| ) | |
| STEPHEN T. DUNLAP, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

The Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum* Issued By The Employee Benefits Security Administration (Docket No. 1) is **GRANTED**. It is hereby **ORDERED** that the respondent, Stephen T. Dunlap, shall produce to a representative of the petitioner, by Tuesday, May 1, 2012, the items sought in the Administrative Subpoena or show cause why such production is not required. The petitioner is hereby **ORDERED** to file a status report with the court by May 4, 2012, informing the court as to whether or not the respondent, Stephen T. Dunlap, has complied with the subpoena or been in touch with representatives of the petitioner. If he has not complied with the subpoena or otherwise been excused by the petitioner, the court will set a show cause hearing, at which Mr. Dunlap must appear and explain his position to the court.

The Clerk shall serve the Petition (Docket No. 1) and supporting Memorandum of Law (Docket No. 2), with all attachments, upon the respondent by certified mail, return receipt requested, at 210 Juniper Drive, Murfreesboro, Tennessee 37130.

1

It is so **ORDERED**.

ENTER this 17th day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge