IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, and ) <br> UNITED STATES DEPARTMENT OF LABOR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEPHEN T. DUNLAP, ) <br> ) <br> Respondent. ) | Civil No. 3:12-0379 <br> Judge Trauger |

### **O R D E R**

It is hereby **ORDERED** that the petitioner shall file another status report with the court by June 18, 2012.

It is so **ORDERED**.

ENTER this 7th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge

1