IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR, ) ) ) Petitioner, ) ) v. ) ) STEPHEN T. DUNLAP, ) ) Respondent. ) | ) Civil No. 3:12-0379 ) Judge Trauger |

**O R D E R**

It is hereby **ORDERED** that the petitioner shall file another status report with the court by June 18, 2012.

It is so **ORDERED**.

ENTER this 7th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge

1