# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, and ) <br> UNITED STATES DEPARTMENT OF LABOR, ) <br>  ) <br>     Petitioner, ) <br>  ) <br> v. ) <br>  ) <br> STEPHEN T. DUNLAP, ) <br>  ) <br>     Respondent. ) | Civil No. 3:12-0379 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the Petition filed by the plaintiff on April 13, 2012 (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE**, and this case shall be **CLOSED**.

It is so **ORDERED**.

ENTER this 23rd day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge